ETHEL D. BUCHANAN, Individually and as Administratrix, etc., of HAROLD H. BUCHANAN, Deceased, Respondent, v. HORACE E. BUCHANAN, Appellant and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. All concur. (The order denies defendant's motion to compel plaintiff to separately state and number her causes of action.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLENN GRANTLAND HOOKER, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of burglary, third degree.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Petition of MAUDE M. JONES for Revocation of Letters of Administration Heretofore Granted to WILLIAM A. FRAME, etc., All in the Matter of the Estate of ROBERT N. FRAME, Deceased.— Decree affirmed, with costs. All concur. (The decree denies an application to vacate an agreement for distribution of the assets of an estate.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Estate of ROBERT J. STRASENBURGH, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to compel an estate to pay for the printing of a record on appeal.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ. [See, also, 164 Misc. 445.]

JOHN STRAUBE, Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action under an accident insurance policy.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Relation of MARK D. EWELL, Plaintiff, v. LLOYD P. ROBSON, Defendant.— Motion for a reargument granted and permission given to the parties to supplement the record with additional facts. [See 251 App. Div. 689.] Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ. [See *ante*, p. 127.]

EDNA A. SHAFER, Respondent, v. UTICA MUTUAL INSURANCE COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Edgcomb, Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Account of GEORGE F. THOMPSON, as Trustee of JAMES G. WATSON, Deceased.— Report of referee confirmed as to division thereof numbered I, but not confirmed as to divisions thereof numbered II and III for the sole reason that the matters therein discussed do not fall within the scope of the reference, and motion to vacate order of dismissal, entered September 29, 1937, granted, without costs, with leave to make a further motion for a dismissal. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.